IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANETIRONY CLERVRAIN et al.,

    Plaintiffs,

v.                                                         No. 1:22-cv-00260-WJ-SCY

MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

Plaintiff Metirony Clervrain filed a 14-page Complaint which lists 29 Plaintiffs and 80 Defendants. The only Plaintiff that signed the Complaint is Manetirony Clervrain. Plaintiff Clervrain is not an attorney authorized to practice in this Court and cannot bring claims on behalf of the other pro se Plaintiffs. *See Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000) ("A litigant may bring his own claims to federal court without counsel, but not the claims of others").

United States Magistrate Judge Steven C. Yarbrough: (i) notified Plaintiff Clervrain that the Complaint, which consists almost entirely of incoherent argument, fails to state a claim upon which relief can be granted because it does not state with particularity what each Defendant did to each Plaintiff, when the Defendants committed the alleged unspecified actions, or how those actions harmed each Plaintiff; (ii) ordered Plaintiff Clervrain to show cause why the Court should not dismiss this case and, if Plaintiff Clervrain asserts this case should not be dismissed, to file an amended complaint; and (iii) notified Plaintiff Clervrain that failure to timely show cause and file an amended complaint may result in dismissal of this case. *See* Order to Show

2

Cause, Doc. 3, filed April 7, 2022.  Plaintiff Clervrain did not show cause or file an amended complaint by the April 28, 2022, deadline.

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**